PENNSYLVANIA OIL PRODUCTS REFINING COMPANY, Respondent, *v.* WILLROCK PRODUCING COMPANY, INC., et al., Defendants, and FIRST NATIONAL BANK OF OLEAN, Appellant.

Argued October 11, 1937; decided November 16, 1937.

*Earl C. Vedder* for appellant.

*Austin W. Erwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN FINCH and RIPPEY, JJ.